1  **FOX LAW OFFICE**
   185 Tom T. Hall Boulevard
2  Olive Hill, Kentucky 41164-1450
   Telephone: 606-286-5351
3
   Attorneys for Plaintiffs
4

FILED

JUL 27 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX              **MDL NO. 1699**
    MARKETING SALES PRACTICES AND           **District Judge:  Charles R. Breyer**
13  PRODUCT LIABILITY LITIGATION

14
                                            **Case No.: 06-0734 CRB**
15  Rex Collins and Shelia Collins.

16                            Plaintiffs,   **STIPULATION AND ORDER OF**
                                            **DISMISSAL WITH PREJUDICE**
                      v.
17  Pfizer Inc, et al.,

18                            Defendants.

19

20       Come now Plaintiffs in the above-entitled action and Defendants, by and through the

21  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

22  stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

    fees and costs.
23

24
        DATED: *May 14*, 2010      By: _____
25
                                        Reid Allen Glass
26                                      **FOX LAW OFFICE**
                                        185 Tom T. Hall Boulevard
27                                      Olive Hill, Kentucky 41164-1450
                                        Telephone: 606-286-5351
28
                                        *Attorneys for Plaintiffs*

                 STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2   DATED: June 21, 2010          By: _____
                                        Michelle W. Sadowsky
3                                       **DLA PIPER LLP (US)**
                                        1251 Avenue of the Americas
4                                       New York, New York 10020
                                        Telephone: 212-335-4500
5                                       Facsimile: 212-335-4501

6                                       *Defendant's Liaison Counsel*

7

8

9   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**
10

11
    Dated: July 26, 2010
12                                   _____
                                     Hon. Charles R. Breyer
13                                   United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**